IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROYCE DAWKINS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-1308-M-BN |
| | § | |
| CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, dated July 15, 2013, for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendant JPMorgan Chase Bank, N.A.'s Motion To Dismiss is granted, and Plaintiff Royce Dawkins, Jr.'s Complaint is dismissed without prejudice.

Plaintiff may file an Amended Complaint within 21 days from the date of this Order. If Plaintiff fails to file an Amended Complaint within 21 days from the date of this Order, this case will be dismissed with prejudice without further notice.

**SO ORDERED** this 22nd day of August, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

-1-